IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANN M. IRVINE,

    Plaintiff,

vs.   No. CIV 15-376 JB/SMV

CASAS EN SOMBRILLA CONDOMINIUM,
A Condominium Association,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order to Dismiss with Prejudice, filed January 29, 2016 (Doc. 39)("Order to Dismiss with Prejudice").  In the Order to Dismiss with Prejudice, the Court dismissed the Plaintiff's Complaint for Personal Injury, filed May 4, 2015 (Doc. 1-1), and all causes of action that could have been asserted therein against Casas En Sombrilla, incorrectly named as Casas En Sombrilla Condominium, with prejudice, with each party to bear their own attorney's fees and costs.  See Order to Dismiss with Prejudice at 1.  Because the Order to Dismiss with Prejudice disposes of all issues and claims before the Court, the Court now enters final judgment.

**IT IS ORDERED** that: (i) the Plaintiff's Complaint for Personal Injury, filed May 4, 2015 (Doc. 1-1), is dismissed with prejudice, with each party to bear their own attorney's fees and costs; and (ii) final judgment is entered.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

*Counsel:*

Kevin A. Zangara
Zangara Law Office
Taos, New Mexico

    *Attorney for the Plaintiff*

Edward Shepherd
Joshua A. Collins
Allen, Shepard, Lewis, & Syra, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendants*